193 So. 886

**George GUTHRIE v. STATE.**

**6 Div. 612.**

Court of Appeals of Alabama.

Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

199 So. 910

**L. A. GUTHRIE v. STATE.**

**6 Div. 682.**

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

---

195 So. 908

**Frank HAGEN v. STATE.**

**4 Div. 535.**

Court of Appeals of Alabama.

April 2, 1940.

Thos S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

---

198 So. 876

**Mary HALL v. STATE.**

**6 Div. 666.**

Court of Appeals of Alabama.

Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

196 So. 903

**Hice HAMILTON v. STATE.**

**8 Div. 942.**

Court of Appeals of Alabama.

June 18, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

---

195 So. 908

**Ralph HANNERS v. STATE.**

**4 Div. 547.**

Court of Appeals of Alabama.

April 2, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.